IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BE LABS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1050 (RGA) |
| | ) | |
| EERO INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Be Labs, Inc. ("Be Labs") and Defendant Eero Inc. ("Eero"), subject to the approval of the Court, that the time by which Eero must answer, move or otherwise respond to Be Lab's Complaint (D.I. 1) is extended to and including March 23, 2018.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ Karen Jacobs* |
| _____ | _____ |
| Stamatios Stamoulis (#4606) | Karen Jacobs (#2881) |
| Richard C. Weinblatt (#5080) | 1201 North Market Street |
| Two Fox Point Centre | P.O. Box 1347 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19899 |
| Wilmington, DE 19809 | (302) 658-9200 |
| (302) 999-1540 | kjacobs@mnat.com |
| stamoulis@swdelaw.com | |
| weinblatt@swdelaw.com | *Attorneys for Defendant Eero Inc.* |
| | |
| *Attorneys for Plaintiff Be Labs, Inc.* | |

February 15, 2018

      SO ORDERED this _____ day of February, 2018

                                      _____
                                      The Honorable Richard G. Andrews